```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIANO TAVAREZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiffs,

-against-

ABCO GROUP, INC.,

                Defendant.

1:21-cv-9799-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Because of a conflict in the Court's Schedule, the Initial Pretrial Conference scheduled for February 22, 2022 at 3:00 PM is ADJOURNED to March 8, 2022 at 10:30 AM.

**SO ORDERED.**

**Date:  February 3, 2022**
**New York, NY**

                _____
                **MARY KAY VYSKOCIL**
                **United States District Judge**